NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GERALD A. MELTON,⁣ )
)
      Appellant,⁣ )
)
v.⁣ )⁣    Case No. 2D18-466
)
STATE OF FLORIDA,⁣ )
)
      Appellee.⁣ )
_____ )

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Vivian T. Corvo,
Judge.

Gerald A. Melton, pro se.

PER CURIAM.

      Affirmed.  See Melton v. State, 75 So. 3d 1259 (Fla. 2d DCA 2011) (table decision); Melton v. State, 995 So. 2d 967 (Fla. 2d DCA 2008) (table decision); Melton v. State, 902 So. 2d 804 (Fla. 2d DCA 2005) (table decision); Squires v. State, 891 So. 2d 600 (Fla. 2d DCA 2005); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000); Mooney v. State, 864 So. 2d 60 (Fla. 4th DCA 2003).

CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.